WILLIAM C. FARLEY, Respondent, *v.* FREDERICK C. OVER-
BURY, Appellant.

Argued January 20, 1941; decided February 27, 1941.

*Frank W. Jackson* for appellant.

*Melville J. France* and *Loren N. Wood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.